UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN COLEMAN, et al., | No. 2:22-cv-00310-DAD-AC |
| Plaintiffs, | |
| v. | ORDER ENTERING JUDGMENT AGAINST DEFENDANT PURSUANT TO NOTICE OF ACCEPTED RULE 68 OFFER |
| FCA US, LLC, et al., | |
| Defendants. | (Doc. No. 36) |

On September 25, 2024, plaintiffs filed a request for entry of judgment pursuant to Federal Rule of Civil Procedure 68. (Doc. No. 35.) Therein, plaintiffs request that judgment be entered in their favor in the amount of $127,589.10 pursuant to the terms of the accepted Rule 68 offer. (*Id.* at 2.)

Under Federal Rule of Civil Procedure 68(a), a defendant may serve an offer to allow judgment on specified terms to the opposing party at least two weeks before trial. Fed. R. Civ. P. 68(a). Any acceptance by the opposing party of the offer must be made through written notice. *Id.* Thereafter, "either party may then file the offer and notice of acceptance, plus proof of service." *Id.*

On October 23, 2023, defendant FCA US, LLC served plaintiffs with a Rule 68 offer of judgment in the amount of $127,589.10, plus reasonable attorneys' fees and costs in an amount to be determined by the court upon a noticed motion if the parties are unable to resolve the issue of

1

attorneys' fees and costs themselves. (*See* Doc. No. 36 at 5.) Plaintiffs accepted the offer in writing on November 6, 2023. (*Id.* at 6.) Plaintiffs request that judgment be entered in favor of plaintiffs and against defendant FCA US, LLC in the sum of $127,589.10, and that the matter of reasonable attorneys' fees and costs be reserved, to be resolved by the parties or determined by the court on motion. (*Id.* at 2.) Defendant also reserved the right to oppose plaintiffs' motion for attorneys' fees and costs "based on the reasonableness of the fees, costs[,] or expenses sought." (*Id.* at 5.)

Accordingly,

1. The Clerk of the Court is directed to enter judgment in favor of plaintiff and against defendant FCA US, LLC in the amount of $127,589.10, plus reasonable attorneys' fees and costs (Doc. No. 36);

2. Within thirty (30) days from the date of entry of this order, the parties shall file a joint status report to inform the court whether the parties were able to resolve the issue of attorneys' fees and costs among themselves; and

3. If the parties are unable to resolve the issue of attorneys' fees and costs, then plaintiffs shall file their motion for attorneys' fees and costs by no later than forty-five (45) days from the date of entry of this order.

IT IS SO ORDERED.

Dated: **September 26, 2024**

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE