UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA COLEMAN, et al., | No. 2:22-cv-00310-DAD-AC |
| Plaintiffs, | |
| v. | ORDER GIVING EFFECT TO STIPULATION RESOLVING ATTORNEYS' FEES AND COSTS |
| FCA US, LLC, | |
| Defendant. | (Doc. No. 41) |

On September 27, 2024, following plaintiffs' acceptance of defendant's Federal Rule of Civil Procedure 68 offer of judgment, the court directed the Clerk of the Court to enter judgment in favor of plaintiffs and against defendant in the amount of $127,589.10, plus reasonable attorneys' fees and costs. (Doc. No. 37 at 1–2.) At the time, the parties were still negotiating attorneys' fees and costs, and they were considering either filing a noticed motion to request that the court determine the attorneys' fees and costs or resolving the attorneys' fees and costs themselves. (*Id.*)

Subsequently, on December 12, 2024, the parties filed a stipulation, agreeing that to resolve attorneys' fees and costs, defendant FCA US, LLC will pay plaintiffs' counsel $28,000.00 by no later than March 12, 2025. (Doc. No. 41 at 2.)

/////

/////

1

Pursuant to the stipulation of the parties and good cause appearing,

1. Defendant FCA US, LLC shall pay plaintiffs' counsel $28,000.00 in attorneys' fees and costs by no later than March 12, 2025; and
2. Within ten (10) days of the payment being made as ordered, plaintiffs shall file dispositional documents in this case.

IT IS SO ORDERED.

Dated:  **December 13, 2024**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE